UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| REBECCA LAVERNE LAWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:23-cv-00721 |
| vs. | ) |
| | ) |
| SANOFI-AVENTIS U.S. LLC, AND | ) |
| SANOFI US SERVICES INC., | ) |
| | ) |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rebecca Laverne Lawton and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

DATED: November 19, 2024                              Respectfully submitted,

*/s/ Panagiotis V. Albanis* (with permission)          */s/ Jason A. Proctor*
Panagiotis V. Albanis                                  Jason A. Proctor (WV Bar No. 12291)
MORGAN & MORGAN                                        Michael Bonasso (WV Bar No. 394)
P. O. Box 9504                                         FLAHERTY SENSABAUGH BONASSO
Ft. Myers, FL 33906                                    PLLC
239-432-6605                                           P. O. Box 3843
Fax: 239-433-6836                                      Charleston, WV 25338-3843
palbanis@forthepeople.com                              304-345-0200
                                                       Fax: 304/345-0260
***Counsel for Plaintiff***                            jproctor@flahertylegal.com
                                                       mbonasso@flahertylegal.com

                                                       ***Counsel for Defendants Sanofi U.S. Services***
                                                       ***Inc. and sanofi-aventis U.S. LLC***

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| REBECCA LAVERNE LAWTON, | ) |
| Plaintiff, | ) ) ) ) Case No. 2:23-cv-00721 |
| vs. | ) ) |
| SANOFI-AVENTIS US LLC, AND SANOFI U.S. SERVICES INC., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Jason A. Proctor, counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., do hereby certify that on November 19, 2024, I filed the foregoing ***"Joint Stipulation of Dismissal with Prejudice"*** with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

*/s/ Jason A. Proctor*
Jason A. Proctor (WVSB #12291)

2