IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

REBECCA LAVERNE LAWTON,

          Plaintiff,

v.                                      CIVIL ACTION NO. 2:23-cv-00721

SANOFI US SERVICES INC., et al.,

          Defendants.

**ORDER**

On this day, the parties filed a stipulation of dismissal, (ECF No. 21), indicating they have reached an agreement to dismiss this case with prejudice with each party to bear its own attorney's fees and costs. Therefore, based on the stipulation, the Court **DISMISSES** the above-styled civil action **WITH PREJUDICE**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:      November 19, 2024

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE